# DECLARATION OF TAMMY ALLISON

I, Tammy Allison[1], hereby make the following declaration with respect to the instant matter.  I am over the age of 18. I make this Declaration based on personal knowledge.

My work history is as follows:

**Employee and Applicant Administrative Office of Maryland Courts**

Judicial Law Clerk to Magistrate Robert Bloom at Circuit Court for Baltimore City 2009-2010

Applicant for Magistrate Judge District Court for Montgomery County-2017

Nominee for Judge Circuit Court for Montgomery County, Maryland-2017

Applicant Assistant State's Attorney for Montgomery County, Maryland

**Employee, Former U.S. DOJ Attorney October 2010-October 2020**

The Office of the Pardon Attorney (interned there Fall 2008 & Spring 2008)

U.S. Attorney's Office for Washington, D.C 2015-2017

The U.S. Federal Bureau of Prisons (BOP) 2017-2020

**Sole Managing Member of Texas Law Firm and a Consulting Firm:**

Attorney Tammy Allison, PLLC, doing business as The Pardon Attorney formed

---

[1] Holloway remains the legal last name despite Ms. Allison's repeated attempts to change it back to Allison.

1

November 6, 2019; launched November 1, 2020.

Own Your Passion, LLC, formed November 6, 2019; launched January 1, 2020.

I am a U.S. Citizen born in Oklahoma City, Oklahoma, to Nigerian parents in 1982.

My name is Tamunosiki Allison Opuiyo, I legally changed my name to Tammy Opuiyo

Allison in 2004.







I have traveled internationally twice. Once to Paris, France, during the Spring of

2012, and to Montego Bay, Jamaica, for the honeymoon during the Spring of 2014.

I married Stephen William Holloway in 2014, and I legally changed my last name to Tammy Allison Holloway. I have attempted to change my name back to Tammy Allison legally but for some reason, attorneys and the courts have refused to act despite receiving pay.



In January 2021, I met Mr. Caleb Young. Recently, in 2024, after over two years of not being able to contact one another, Mr. Young provided the undersigned counsel permission to disclose certain confidential matters, including the existence of our 2021 agreement.

While Mr. Young always maintained his own employment and never worked for me, he offered me support in every aspect of my life. The relationship was initially casual, and Mr. Young has always allowed me to maneuver however I want, but we both recognized very early on that we did not like being away from each other.  On February 5, 2021, Mr. Young and I signed a mutual non-disclosure, non-disparagement, and non-compete agreement, solidifying

our relationship while simultaneously protecting both of our best interests.

**XI. GOVERNING LAW**

This Agreement shall be governed under the laws of Texas.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date written below.

The Parties are signing this Agreement on the **Effective Date**

Caleb Young
3032 Cliff Creek Drive
Dallas, Texas 75233

Signature: _Caleb Young_

Date: 02 / 05 / 2021

Tammy Allison Holloway, Esq.
2305 W 120
140-483
Grand Prairie, Texas 75052

Signature: _Tammy Allison Holloway_

Date: 02 / 05 / 2021

**HELLOSIGN**                                                     Audit Trail

TITLE                        Please sign: Caleb & Tammy
FILE NAME                    CalebandTammyNDA.docx
DOCUMENT ID                  1707afad5edee0a5cab0fb75ae96fe44c0e42210
AUDIT TRAIL DATE FORMAT      MM / DD / YYYY
STATUS                       ● Completed

Document History

SENT        02 / 05 / 2021      Sent for signature to Caleb Young (cyoungubsmu@gmail.com)
            21:10:07 UTC        from contact@thepardonattorney.com
                                IP: 24.170.11.65

VIEWED      02 / 05 / 2021      Viewed by Caleb Young (cyoungubsmu@gmail.com)
            21:11:09 UTC        IP: 107.242.125.20

SIGNED      02 / 05 / 2021      Signed by Caleb Young (cyoungubsmu@gmail.com)
            21:12:20 UTC        IP: 107.242.125.20

COMPLETED   02 / 05 / 2021      The document has been completed.
            21:12:20 UTC

Recognizing that our roles would need to be clearly defined in the event of a divorce, Mr. Young established his consulting firm, Nudal, LLC, on March 8, 2022, which providing him with the additional protections and reassurances of contracting with other businesses in an effort to protect the marriage, separate business from personal, and ensure his complete ownership of his business in the event of a divorce.

After over a year of courtship, companionship, understanding, patience, love, support, and an unbreakable bond, I agreed to marry Mr. Young on March 11, 2022. Our prenuptial agreement put numerous protections in place to protect us from each other just in case the

marriage was to end in divorce.



## PARENTAL ALIENATION AND KIDNAPPING DURING 2022 MARYLAND DISTRICT 4 CONGRESSIONAL CANDIDACY AGAINST GLENN IVEY

1. Between March 25, 2022, and April 8, 2022, Mr. Holloway, with the assistance of the Montgomery County, Maryland Sheriff's, police, and court, kept the minor child from Ms. Allison and Mr. Young, and the couple later found out her made false and defamatory accusations against the, but specifically that Ms. Allison was armed and dangerous.  The transcript of the audio from each call Ms. Allison and Mr. Young

5

made to authorities for a wellness check is here:

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669eefea53

a60382ddf40cae.pdf

2. The documents shows that "armed and dangerous was entered on April 6, 2022, but I had zero notice, was never served, and was not in court in Maryland on April 6, 2022. I was in Texas with my husband, Mr. Young.

3. On March 11, 2022, I married my second husband, Caleb Young. The relationship was kept private as I was gaining attention nationally, campaigning for U.S. Congress, and running my law firm. On February 8, 2021, Mr. Young and I signed a non-disclosure, non-disparagement, and non-compete agreement, solidifying our relationship while simultaneously protecting both of our best interests.

4. On March 21, 2022, ten days after my second wedding, my husband and I flew into Maryland from Texas to visit my son after his father denied us visitation with him for our wedding on March 11, 2022, and cut off all communication out of jealousy.

5. On March 22, 2022, my husband placed me on the ballot for U.S. Congress for Maryland District 4.



# Candidacy

> Introduction
> Requirements for Filing Candidacy
> **Qualifications for Filing Candidacy**
> State Ethics Financial Disclosure
> Judicial Disclosure
> Offices up for Election

# Qualifications for Filing Candidacy

**Federal Offices**

| Office Sought | Age | U.S. Citizen | State Citizen/ Resident | District Resident | Term of Office | Additional Qualifications |
|---|---|---|---|---|---|---|
| President | 35 | Natural born Citizen | 14 years a resident within the United States | | 4 years from January 20th | |
| Vice President | 35 | Natural born Citizen | 14 years a resident within the United States | | 4 years from January 20th | |
| U.S. Senate | 30 | 9 years | Inhabitant of the State at the time of the election | | 6 years from January 3rd | |
| U.S. Congress | 25 | 7 years | Inhabitant of the State at the time of the election | | 2 years from January 3rd | |

State Offices

7









6.  On March 23, 2022, my husband and I made arrangements to address
the concerning abuse and neglect of my son who had holes in his shoes

and bruising with the principal.  Previously, my therapist informed me that is I did not report my son's abuse and neghlect, she would report me as I am a mandatory reporter.  My fear was always retaliation which has now occurred.





**From:** Tammy Allison Holloway - Parent of Tristan Holloway
**Sent:** 03/23/2022 10:47:29
**To:** Sherilyn Moses - Principal Elementary
**Subject:** Re:Dr. Ronald E. McNair ES - December Parent Newsletter

Hi:

I'd like to have a meeting concerning my son, the lack of information that I continue to not receive, and the improper exclusion of myself from legally binding documents.

As a mandatory reporter I am appalled to have found out that my son has been attending classes with only one pair of shoes with holes in them leaving his toes exposed.

Despite my repeated attempts to coparent as well as be as active as possible from a distance, it does not appear to be working.

I would prefer not to file another formal complaint as you were very responsive and at least attempted to resolve the issues concerning my exclusion from Tristan's education.

Please let me know a good day abs time for a meeting. I am in town and would love to visit this week.

I am an active and involved parent who chose to leave an abusive relationship. The results of why Tristan is here is beyond me. All I can do is try to be as involved as possible, but it's exhausting and defeatist when my concerns fall on deaf ears and I continue to be excluded from his education, extracurricular activities, and more when my signature is required on any and every document as I have joint legal custody.

It is noteworthy that at the time that I had sole legal custody your school allowed Mr. Holloway, who had no legal custody, to register Tristan at your school while he was currently in Kindergarten in Texas.

I had to provide the certified court orders to withdraw him as he was being declared truant since he was in Texas.

That "oversight" directly contributed to false information being presented in the judiciary. At this point, I need to understand why my son has been dirty with holes in his shoes and no one has said anything.

I need to understand why he is not having lunch with the counselor and meetings requested for us all to be in the same page regarding Tristan is not being honored.

I am not only being alienated from him by his dad but it appears by the school as well. Tristan's behavior from the little I have seen is out of control. I do not tolerate disrespect and need to know if his grades slipping are a result of him having emotional matters as a result of his home life so that I can do my part.

Please advise

Tammy

469-984-8416





**Message From:** Sherilyn Moses
**Context:** Tristan Holloway
**Subject:** RE: Tristan Holloway - RE: Tristan Holloway - RE: Dr. Ronald E. McNair ES - December Parent Newsletter

Okay!  Drive safely!

_____

**From:** Tammy Allison Holloway - Parent of Tristan Holloway
**Sent:** 03/24/2022 14:33:17
**To:** Sherilyn Moses - Principal Elementary
**Subject:** Re:Tristan Holloway - RE: Tristan Holloway - RE: Dr. Ronald E. McNair ES - December Parent Newsletter

Hi!

I'm running about 15 min behind given KBJ's confirmation to the US Supreme Court. Interviews ran over. My apologies!

Tammy


**Message From:** Sherilyn Moses
**Context:** Tristan Holloway
**Subject:** RE: Tristan Holloway - RE: Dr. Ronald E. McNair ES - December Parent Newsletter

Great!  I have added you to my calendar.

When you come in my administrative secretary, Mrs. Sherrin Patterson, will be able to assist you.

_____

**From:** Tammy Allison Holloway - Parent of Tristan Holloway
**Sent:** 03/23/2022 16:42:33
**To:** Sherilyn Moses - Principal Elementary
**Subject:** Re:Tristan Holloway - RE: Dr. Ronald E. McNair ES - December Parent Newsletter

Hi!

Thanks for your prompt reply! Tomorrow at 2:30pm is perfect! Looking forward chatting with you.

Tammy

No Reply <NoReplySynergy@mcpsmd.org>
Wed 3/23/2022 4:38 PM

To: tammallison@hotmail.com <tammallison@hotmail.com>;  tammallison@hotmail.com <tammallison@hotmail.com>



Message sent from Montgomery County Public Schools



**Message From:** Sherilyn Moses
**Context:** Tristan Holloway
**Subject:** RE: Dr. Ronald E. McNair ES - December Parent Newsletter

Good afternoon,

I would be happy to meet to address your concerns either tomorrow 3/24 at 2:30 or Friday 3/25 at 1:30.  Please let me know your availability.

Sincerely,

7. Once confirmed, Mr. Young and I reserved a rental car that we picked up

   that evening on March 23, 2022.



8. On March 24, 2024, my husband and I met with the principal to express our concerns and desire for a collaborative approach to ensuring the safety of my son. We were unable to see my son due to early release.  I then appeared on CourtTV from my former lawyer David Grover's law office.







1. Given how the meeting went and my husband's disappointment with my

   son's grades, the school's lack of concern, and our priority in the safety and

   well-being of my son, we scheduled an appointment with Robin Gaillard first

thing the morning of March 25, 2022 at 7:19 a.m.



2. On March 25, 2022, my husband and I attempted to pick up my son from school early, but were unexplainably denied by the school's front office being told we would have to wait until the end of the school day. We left the school and then visited the law office of my former appellate attorney, Patricia Weaver. While in her office, I received a call from the principle of my son's school, Sherilyn Moses, and on speaker phone in front of Ms. Weaver and Mr. Young, she instructed me to "go to his dad's house to pick up Tristan." The three of us immediately said "what?!" as soon as the call ended and agreed to instead request a wellness check with Montgomery

County, Maryland, police.  Officers informed us that his father was not at home and would not answer his phone. We were instructed by police officers to file a motion in court as it was a civil matter.

3.  The March 25, 2022, incident report is here:

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669199a20ec020adbbf9fd78.pdf

4.  The March 25, 2022, audio call is here:

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669efed553a603f9edf422de.mpeg

## Incident Number: P2200077106



| Incident Date | Call Source | Incident Started | Call Received Time | | Route Closed Time | Time Offered |
|---|---|---|---|---|---|---|
| 2022-03-25 19:41:20 | PHONE | 2022-03-25 19:34:23 | | | 2022-03-25 20:30:55 | |

| 1st Unit Dispatched | 1st Unit Enroute | 1st Unit Arrived | Agency Id | Status | | Latitude | 39.17082782 | MAP |
|---|---|---|---|---|---|---|---|---|
| 2022-03-25 20:08:43 | 2022-03-25 20:08:50 | 2022-03-25 20:09:19 | P | Closed | | Longitude | -77.28652346 | |

| Location | | Common Place | Location Description | | Location Name | Alt Location | City |
|---|---|---|---|---|---|---|---|
| 18994 HIGHSTREAM DR | MAP | | | | | AtLoc | GERMANTOWN |

| Apartment | Building | Floor | Subdivision | District | Beat | PRA |
|---|---|---|---|---|---|---|
| | | | MCG | 5D | 5N2 | 596 |

| Create User Id | Create User | Editing User Id | Initial Alarm Level | Initial Inc Type Code | Initial Inc Type | Initial Inc Type Desc |
|---|---|---|---|---|---|---|
| 16374 | Giovante Haya | 15936 | | STAND | STANDBY | ASSIST/STANDBY |

| Incident Status Desc | Alarm Level | Inc Type Code | Inc Type | Incident Type Desc | Priority |
|---|---|---|---|---|---|
| Inactive incident | | STAND | STANDBY | ASSIST/STANDBY | 1 |

| Reporting District | Report Number | Agency | Report Number Assigned By | Report Number Inserted |
|---|---|---|---|---|
| | | | | |

| Caller Name | | Last | First | Middle | Phone |
|---|---|---|---|---|---|
| TAMMY | | | TAMMY | | 469 9848416 |

5.  On March 25, 2023, my husband drove us to the Circuit Court for Montgomery County, Maryland, where we filed an emergency contempt motion to enforce visitation that was denied without us being seen or heard by the duty judge, Judge Lease, who was my judicial opponent in 2017.  We

went to his chambers to demand to be heard, which is recorded, however, he

and his clerk refused to open their doors.









6.  On March 25, 2022, Mr. Young and I then went to the District Court for
    Montgomery County, Maryland, where we filed for a protective order with
    the on duty non-attorney/non-judge/ civilian Commissioner that was denied.





| Court | Reason for Vacancy | Close Date 4:30 p.m. | Applicants **Pool | Comm. Mtg | Nominees **Pool | Appointed (Date of Appointment) |
|---|---|---|---|---|---|---|
| District Court for Montgomery County | Retirement of the Honorable Barry A. Hamilton; Retirement of the Honorable Gary G. Everngam; Upcoming Retirement of the Honorable Eugene Wolfe | 6/1/17 | Carlos Federico Acosta Stephen Francis Allen Damon LaMonte Bell Amy Julia Bills Magdalena Albornoz Boynton Jill Reid Cummins Victor Manuel Del Pino Gwenlynn Whittle D'Souza David Keith Felsen John Thomas Henderson, Jr. Tammy Allison Holloway | 7/7/17 | | |

7.  On March 27, 2022, Mr. Young and I utilized a police escort for a wellness check again on what would have been our last day to visit.  Officers instructed us not to get out of the car my husband was driving.  We did not.  Mr. Holloway refused to answer the door.  However, it did not stop Mr. Holloway from going to seek a protective order with a wild accusation that I threatened him and my child with a gun on the same day.

24

## Incident Number: P2200078756



| Incident Date | Call Source | Incident Started | Call Received Time | | Route Closed Time | Time Offered | |
|---|---|---|---|---|---|---|---|
| 2022-03-27 18:36:59 | PHONE | 2022-03-27 18:32:22 | | | 2022-03-27 19:05:25 | | |

| 1st Unit Dispatched | 1st Unit Enroute | 1st Unit Arrived | Agency Id | Status | | Latitude | 39.17082782 | MAP |
|---|---|---|---|---|---|---|---|---|
| 2022-03-27 18:38:32 | 2022-03-27 18:38:39 | 2022-03-27 18:52:59 | P | Closed | | Longitude | -77.28652346 | |

| Location | | Common Place | Location Description | | Location Name | Alt Location | City | |
|---|---|---|---|---|---|---|---|---|
| 18994 HIGHSTREAM DR | MAP | | | | | AtLoc | GERMANTOWN | |

| Apartment | Building | Floor | Subdivision | District | Beat | PRA | |
|---|---|---|---|---|---|---|---|
| | | | MCG | 5D | 5N2 | 596 | |

| Create User Id | Create User | Editing User Id | Initial Alarm Level | Initial Inc Type Code | Initial Inc Type | Initial Inc Type Desc | |
|---|---|---|---|---|---|---|---|
| 15936 | SOPHIA CHANG | 16075 | | STAND | STANDBY | ASSIST/STANDBY | |

| Incident Status Desc | Alarm Level | Inc Type Code | Inc Type | Incident Type Desc | Priority | |
|---|---|---|---|---|---|---|
| Inactive incident | | STAND | STANDBY | ASSIST/STANDBY | 1 | |

| Reporting District | Report Number | Agency | Report Number Assigned By | Report Number Inserted | |
|---|---|---|---|---|---|
| | | | | | |

| Caller Name | | Last | First | Middle | Phone | |
|---|---|---|---|---|---|---|
| TAMMY HOLLOWAY | | HOLLOWAY | TAMMY | | 469 9848416 | |

2022-03-27 18:37:48 15936: CHILD CUSTODY ORDER IN PLACE// COMPL SUPPOSED TO HAVE VISITATION RIGHTS

2022-03-27 18:38:26 15936: CALLER WAI AT MCNAIR ES PL// ADV HAS PICS OF SON W/ HOLES IN HIS SHOES AND BRUISING

2022-03-27 19:02:27 16075: 3N13 MD/1EK2557

2022-03-27 19:05:25 16075: DISPO 29911:CIVIL]

8.  On March 27, 2022, at 7:02p.m. Mr. Young and I were instructed by the officers to sit in the rental car where I was in the passenger seat as I choose not drive.  The officers claimed that they attempted to make contact with Mr. Holloway, but he did not answer the door or his phone.  He also did not respond to the Our Family Wizard communication application.



9.  At 7:04 p.m. The officers came went to the couple's rental car to inform them of that Mr. Holloway was not home and not answering his phone and instructed the couple to leave and they would follow behind  them to prevent Mr. Holloway, known as being a habitual liar, from making any false accusations against Mr. Young and Ms. Allison.



10. As the couple drove away, Ms. Allison noticed Mr. Holloway's Acura and his late father's Acura, that his mother and sister drive, parked outside of his townhome. That was her first and last time ever near his home and she never even exited the passenger seat where she was seated as Mr. Young was in the driver's seat.





11. Unbeknownst to me until June 2022, Mr. Holloway went that same evening to an unlicensed, non-attorney, non-judicial officer commissioner to accuse Ms. Allison of threatening him and her minor child with a gun, which purportedly was granted even though he did not complete the form accurately, there is no signature from the commissioner, and there is no address for Ms. Allison. His request for an order of protection immediately after officers left his residence on Match 27, 2022, is blatantly false, Sherriff's never attempted to contact Ms.

Allison,        and        she        was        not        served.

D-06-FM-22-001664

☐ CIRCUIT ☐ DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at ___191 E. JEFFERSON STREET___

ROCKVILLE, MD 20850

Telephone _____

Case No. _____

NOTE: Respondent will be served a copy of this completed document. Petitioner does not need to give an address if doing to risks further harm, further abuse, or reveals the confidential address of a shelter. If this the case check here ☐.

Fill in the following, checking the appropriate boxes.

Petitioner STEPHEN W HOLLOWAY

Address 18994 HIGH STREAM DR.

City, State, Zip GERMINWOOD MD, 20874

Home Telephone No. _____   Work Telephone No. 202-494-0741

vs.

OR TAMMY ALLISON YOUNG

Respondent TAMMY HOLLOWAY

Address _____

City, State, Zip _____

Home Telephone No. _____   Work Telephone No. 469-934-8416

PETITION FOR PROTECTION FROM
☐ DOMESTIC VIOLENCE ☐ CHILD ABUSE ☐ VULNERABLE ADULT ABUSE
(Family Law § 4-504)

1. I am ☒ the current or former spouse of the respondent; ☐ a cohabitant of the respondent; ☐ a person related to the respondent by blood, marriage, or adoption; ☐ a parent, stepparent, child, or stepchild of the respondent or the person eligible for relief who resides or resided with the respondent or person eligible for relief for at least 90 days within one (1) year before the filing of the petition; ☐ a vulnerable adult; ☒ an individual who has a child in common with the respondent; ☐ an individual who has had a sexual relationship with the respondent within one (1) year before the filing of the petition; or ☐ an individual who alleges that within six (6) months before the filing of the petition the respondent committed rape or a sexual offense or attempted rape or sexual offense against the individual.

2. I want relief for ☒ myself ☒ minor child ☐ vulnerable adult, from abuse by TAMMY ALLISON YOUNG

The respondent, whose present whereabouts (if known) are AT MY HOUSE 18994 HIGHSTREAM DR GERMANTOWN MD

committed the following acts of abuse against _____

on or about, _____ (check all that apply) ☐ kicking ☐ punching ☐ choking/strangling ☐ slapping ☐ shooting ☐ rape or other sexual offense (or attempt) ☐ hitting with object ☐ stabbing ☐ shoving ☐ threats of violence ☒ mental injury of a child ☒ detaining against will ☒ stalking ☐ biting ☐ revenge porn ☒ other THREATENING TO TAKE MY SON AGAINST A COURT/CPS ORDER

The details of what happened are _____

CASE FL 14337 _____

3. (If the victim is a child or vulnerable adult, fill in the following): I am asking for protection for a ☒ child ☒ vulnerable adult whose name is STEPHEN HOLLOWAY, TRISTON HOLLOWAY, GAYLE HOLLOWAY?

At this time the victim can be found at ESJKA HOLLOWAY 18994 HIGHSTREAM DR.

I am ☐ State's Attorney ☐ DSS ☐ a relative ☐ an adult living in the home GERMANTOWN MD 20874

4. The person(s) I want protected are (include yourself if you are a victim):

| Name(s) | Birthdate | Relationship to Respondent |
|---|---|---|
| TRISTON HOLLOWAY | 6 24 14 | SON |
| GAYLE HOLLOWAY | 7/3 1957 | GRANDMOTHER |
| ERIKA HOLLOWAY | 9/6 1981 | |

CC-DC-DV-001 (Rev. 03/2022)          Page 1 of 3          PETPR

29

☐ Mark this box if this form contains Restricted Information.

DISTRICT COURT OF MARYLAND Montgomery County

Located at  191 E. JEFFERSON STREET

ROCKVILLE, MD 20850

Case No. DV6 PM22001664

HOLLOWAY TAMMY
Respondent's Name

**PETITION FOR PROTECTION/PEACE ORDER
CONTINUATION SHEET**    Page 1 of 1

MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission and check the Restricted Information box on this form.    STALKING

THREATENED TO FUCK ME UP, STANDING JUMPING OUT SIDE MY HOUSE, THREATENED TO TAKE MY SON AND CAUSE PHYSICAL HARM. SHE HAS A WEAPON. I TOLD TAMMY HOLLOWAY PLEASE STOP DISRUPTING MY HOUSE HOLD AND LASHING AT MY SON. I AM SCARED TO GO HOME AGAIN. I AM IN FEAR FOR MY SONS, MY SELF, AND OTHERS IN MY HOUSE HOLD. PLEASE GRANT ME RELIEF FROM THIS BEHAVIOR.

3/22/2022
Date

Petitioner's Signature

DC-DV-PO-081C (Rev. 12/2020)

12. The March 27, 2022, incident report is here:

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669
ef3fffe542ba1ea53e4a7.pdf

13. The March 27, 2022, audio call is here:

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669
efed554921d19f4ebb0d5.mpeg

14. Again, not knowing, Mr. Holloway made that report, on March 28, 2022, Ms. Allison met with Maryland Attorney Robin Gaillard via zoom for the sole purpose of addressing the parental alienation and kidnapping of my son. While Mr. Young was supposed to be on the call he was not around and informed Ms. Allison later that he waited in the rental car.

15. Mr. Young My husband and I then went to look for places to live as we planned to relocate in order to advocate for my son. We later met with my cousin, Gerere Deinma, a legal permanent resident of Nigeria, who stated that he was in the D.C./Maryland area from Los Angelas, California, coincidentally to renew his passport at the Nigerian embassy. Mr. Young and Ms. Allison found that to be peculiar because the couple covered his airline ticket to Maryland the prior month due to his financial strain.



16. The couple stayed with her uncle at the Westin National Harbor hotel. Given the emotional toll of being kept from her son, and the symptoms of her

anxiety being triggered she left the two men and took a ride share to the Omni

Hotel in Washington, D.C., alone.











27 On April 8, 2022, my husband and I returned to Maryland to spend Spring Break with my son. However, when my husband called the school, the principal informed him that my son was picked up early by his dad. My husband and I called Montgomery County, Maryland Police for an escort and met them at my son's elementary school. Officers went to Stephen William Holloway's home where they obtained a copy of a Temporary Restraining Order, returned it to us and presented it to my husband who was in the driver's seat. The officers called the Montgomery County Sherriff's Office to determine whether service had been properly effectuated. The Sherriff

confirmed that it had not been. A hearing was held on April 6, 2022, according to the documents, even though I was not in the State of Maryland, was with my husband in Texas, I was never served, informed of the matter, and the document has a notation from the judge, a judicial opponent, that I was not served.



29. The April 8, 2022, incident report is here:
https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669ef3ffb9ccf7322a50 21ef.pdf

30. The April 8, 2022, audio calls are here:

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669efed553

a603c43af422dd.mpeg,

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669efe625f

256913c23280d8.mpeg,

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669efe4b53

a603a5b5f422cd.mpeg,

https://storage.googleapis.com/msgsndr/7SMarDC7BRap5Jllw3d7/media/669efe62fe5

42bf14b53f840.mpeg

31.  Mr. Young was so shaken up by what had transpired that he accidentally hit a car in a minor fender bender after he and Ms. Allison left the elementary school.



**DISCOVERY OF ARMED AND DANGEROUS**

32. On April 11, 2023, that I found out from Federal Bureau of Prisons ("BOP") counselor, Roy Drummond that I had been declared armed and dangerous while planning to visit my client, Jesus Gregorio Macias-Munoz. On a recorded phone call, he informed me that he had a "HIT" on my name declaring that I was armed and dangerous "coming out of Texas."  As indicated in his email below following

our conversation, he was of the belief the person could not have been me.

 Gmail

Tammy Allison <ata@attorneytammyallison.com>

**MACIAS-MUNOZ | VISITATION REQUEST**

Drummond, Roy (BOP) <rdrummond@bop.gov>                                   Tue, Apr 11, 2023 at 3:50 PM
To: ATTORNEYTAMMYALLISON™ <ata@attorneytammyallison.com>

Ms Allison, can you please complete this form and send back asap, reason is I am getting a HIT from the previous form which this person is not you.

**From:** ATTORNEYTAMMYALLISON™ <ata@attorneytammyallison.com>
**Sent:** Tuesday, April 11, 2023 2:29 PM
**To:** Drummond, Roy (BOP) <rdrummond@bop.gov>; Staten, Teresa (BOP) <tstaten@bop.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] MACIAS-MUNOZ I VISITATION REQUEST

[Quoted text hidden]

Thanks,

33.  On April 12, 2023, I called DOJ's Alcohol, Tobacco, Firearms and Explosives agent Bernard Mensah who has assisted me in the client matter of Jamone Banks where I successfully negotiated the forfeiture of his firearms and prevented him and his fiancé from being convicted for possessing firearms with a federal conviction due to the Commonwealth of Virginia impermissibly granting him a pardon and restoring his federal firearms rights in violation of the U.S. Constitution.  He advised that I immediately resolve the "armed and dangerous" statement in my record.

34. On April 22, 2023, I submitted my fingerprints and ran my own background investigation after being verbally informed by counselor Drummond that I was "armed and dangerous."




35. On April 24, 2023, the results did not return any findings.  I called the number and

spoke to an FBI representative at the Criminal Justice Information Center who

confirmed that there was nothing in my background and it was a mistake on the part of

BOP counselor Drummond.

1-787 (Rev. 06-10-2016)



**U.S. Department of Justice**

Federal Bureau of Investigation
Criminal Justice Information Services Division
*Clarksburg, WV 26306*

TAMMY ALLISON HOLLOWAY                                  Date: 04-24-2023
1200 18TH STREET NW
STE 700
WASHINGTON, DC 20036

    The Criminal Justice Information Services (CJIS) Division of the Federal Bureau of Investigation (FBI) has completed the following fingerprint submission:

**Subject Name**

TAMMY ALLISON HOLLOWAY

**Search Completed Result**                    04-24-2023

**A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED NO PRIOR ARREST DATA AT THE FBI. THIS DOES NOT PRECLUDE FURTHER CRIMINAL HISTORY AT THE STATE OR LOCAL LEVEL.**

Date of Birth:

Social Security number:

    The result of the above response is only effective for the date the submission was originally completed. For more updated information, please submit new fingerprints of the Subject.

    In order to protect Personally Identifiable Information, as of August 17, 2009, FBI policy has changed to no longer return the fingerprint cards. This form will serve as the FBI's official response.

    This Identity History Summary (IdHS) is provided pursuant to 28 CFR 16.30-16.34 solely for you to conduct a personal review and/or obtain a change, correction, or updating of your record. **This IdHS is not provided for the purpose of licensing or employment or any other purpose enumerated in 28 CFR 20.33.**

    Any questions may be addressed to the Customer Service Group at 304-625-5590. You may also visit the website at www.fbi.gov/checks for further instructions.

Chris Ormerod
Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

36. On May 3, 2023, I followed up with Carolyn Sapla, with the DOJ's Justice Management Division ("JMD"), Equal Employment Opportunity Office for the Federal Bureau of Prisons, who had emailed me on March 17, 2023, that she had just received my employment discrimination lawsuit after two and a half year after my resignation from federal service. She acted as if she did not know what I was referring to.

37. On May 5, 2023, I followed up with James Wills, General Counsel for the Federal

Bureau of Prisons, who is also a named discriminatory official in my pending employment law matter currently before Judge Howell, and I asked him if the agency was retaliating against me despite my resignation.  He did not respond to my email inquiry.

38. On June 1, 2023, I attempted to obtain a copy of my family law case from the Supreme Court of Maryland as the Circuit Court for Montgomery County, Maryland and my attorney, Jessica Charles refused to provide me with a copy. I was denied access not only to my complete case file, but records of my bar admission, reasonable accommodations talking the Maryland bar examination, and physical access to the court.  I was ordered to leave the building due to a public memorial during court business hours by Gregory Hilton, clerk of the court. Shortly thereafter, the power in the city of Annapolis went out. *See*:

https://www.annapolis.gov/CivicAlerts.aspx?AID=1626

39.  While there I was treated disrespectfully and denied access to my files, bar application materials and more.

40.  June 9, 2023, Jill Valesquez confirmed that there was *nothing* in my criminal background as the NCIC she pulled came back clear after I was then invited to keynote the LGBTQIA+ event for BOP's Federal Detention Center in Miami, Florida on June 28, 2023.

From: Velasquez, Jill (BOP) J1Velasquez@bop.gov
Subject: Re: [EXTERNAL] Re: LGBTQ Presentation
Date: Jun 9, 2023 at 7:00:30 PM
To: Attorney Tammy Allison
ata@attorneytammyallison.com, Melek, Mary
(BOP) mmelek@bop.gov
Cc: Mays, Bobby (BOP) bcmays@bop.gov, Prophet,
Kymaneesh (BOP) kprophet@bop.gov

Hello,

I completed the NCIC check, and of course nothing was found. I will be routing a memo for approval to Warden Samantha Serrano. Thank you so much. We look forward to seeing you Wednesday June 28, 2023 @ 11am. Please let me know if you have any questions, need transportation, or help with hotel accommodations.

We all look forward to meeting you. Enjoy your weekend.

J. Velasquez, M.B.A.
Case Manager A/B Unit
FDC Miami (MIM)
Affirmative Employment Program (AEP) LGBT Program Manager
Employee's Club Advisory Group

41. On June 9, 2023, I called the Supreme Court of Maryland to again request my documents; however, Mr. Hilton made assumptions about why I was calling preemptively made references to Lydia Lawless and hung up the call.

42. On June 14, 2023, Military veteran, Isaiah Devonn Clarke, and I went on a date at the Wharf in Washington, D.C., and later visited my penthouse on June 14, 2023, in a Toyota 4Runner with Maryland plates.

43. For my security, I took a picture of his driver's license when he handed it to me when I asked to know who was in my apartment. Mr. Clarke had quickly walked straight to the back of my unit where my master bedroom was despite never visiting before giving me ample opportunity to take the picture. When asked why he informed me that he lived in Germantown, Maryland, but had a D.C. Driver's license, he stated he rented out his property in D.C.



44. On June 20, 2023, forwarding Mr. Ivey's original email to DOJ's Chief of the Public Integrity Division, Corey Amundson; the Director of the Elections Crime Branch, Robert Heberle; Election Threats Task Force Deputy Director, John Keller; Election Crimes Branch Director of Enforcement and Litigation, Sean F. Mulryne; and each District Election Officer at the U.S. Attorney's Office for Texas, Damien Diggs; for Maryland, Leo Wise; and for D.C. Elizabeth Aoli. Ms. Allison also forwarded the email chain to her former supervisor, Brian Hudak, Chief of the U.S Attorney's Office for D.C., Civil Division; her mentor, Assistant U.S. Attorney, Oliver McDaniel; and her mentor, Executive Office of United States Attorney's Deputy Chief, Suzanne Bell. By October 2023, Mr. McDaniel added Ms. Allison's other mentor, Deputy Chief, Heather Graham-Oliver to the email chain. No one responded.



In late June 2023, Ms. Allison was contacted by FBI Agent Rose V. Marketos who instructed Ms. Allison that she was only looking into election fraud, but not her son's parental kidnapping. Ms. Marketos never responded or followed up with the undersigned counsel.

On June 21, 2023, after Jessica Charles refused to remove herself as the attorney of record despite being fired in March and April, 2023, the Circuit Court for Montgomery County, Maryland clerks refused to accept my filings for emergency access with my son. Instead, I was quoted incorrect law and denied access to the court.

45. I returned on June 23, 2023, when I patiently waited for John D. Lalos who did honor my request for reasonable accommodation by graciously allowing me to speak with him in his office. I attended with Sophia Marjanovic who recorded the encounter pursuant to federal wiretap laws. However, he quickly minimized the validity of Ms. Allison's statements stating that he views the very serious matter as a "disagreement." Mr. Lalos was Ms. Allison's 2017 judicial opponent for the District and Circuit Court for Montgomery County, Maryland.

46. On June 24, 2023, I attempted to make contact with my son in order to see him and visit him for his ninth birthday. I went to Montgomery County police where Sergeant Bledlingmaier called Mr. Holloway to assist in my ability to see my son.

47.  On the call that the Sgt. had on speaker phone, Mr. Holloway made false statements to the Sergeant, including that I had a weapon and that I was not allowed to see my son.  The Sgt. confirmed with Montgomery County, Maryland Sheriff's Office that none of it was true; however, did not act on Mr. Holloway's false statements that he made, including the fact that he would defend his home with deadly force were I to attempt access with my minor child.  A Montgomery County, Maryland, commissioner entered a temporary protective order based on Mr. Holloway's weaponization of law enforcement against me.

48.  The Sergeant was unhelpful and reduced Mr. Holloway's threat against my life as a civil family law matter.

49. On June 24, 2023, I obtained an interim protective order against Mr. Holloway for weaponizing law enforcement against me.  The Commissioner granted it with a hearing date of the morning of June 27, 2023.

50. On June 25, 2023, Mr. Holloway was served by Montgomery County, Maryland Sheriff's, who coordinated with me to be on standby to get my son on several phone calls. However, after having me commute to Germantown from Oxon Hill, MD, the Sherriff never came back with my son, but instead stated that Mr. Holloway left the home and his mother, Gayle Holloway, without any legal rights, was there with my son.

51. I called Montgomery County police who met me at the playground near Mr. Holloway's home. They minimized the encounter as a civil family law matter.

52. I then went to the Montgomery County, Maryland police station to file a complaint where it was also minimized to a civil family law matter, even after I contacted the FBI agent purportedly assigned to my matter, Rose .

44

53. On June 26, 2023, I filed an *ex parte* emergency motion for access where the clerk's office intentionally rejected my filings numerous times. Finally, it was set for a hearing for the afternoon of June 27, 2023.

54. On June 27, 2023, I attended the temporary protective order hearing in the morning where the District Court judge acknowledged Mr. Holloway's parental alienation but refused to extend the protective order. Mr. Holloway made additional false statements that I was "a licensed firearms instructor," and a weapon and that I was not allowed to see my son. The Sergeant confirmed with Montgomery County, Maryland Sheriff's Office that none of it was true; however, did not act on Mr. Holloway's false statements that he made, including the fact that he would defend his home with deadly force were I to attempt access with my minor child. A Montgomery County, Maryland, commissioner entered a temporary protective order based on Mr. Holloway's weaponization of law enforcement against me.

55. On June 25, 2023, Mr. Holloway was served by Montgomery County, Maryland Sheriff's, who coordinated with me to be on standby to get my son. However, after making calls and having me wait around the corner, the Sherriff never came back with my son, but instead stated that Mr. Holloway left the home and his mother, without any legal rights was there with my son.

56. I filed an *ex parte* emergency motion for access on June 26, 2023, where the clerk's office rejected my filings numerous times. Finally, it was set for a hearing for the afternoon of June 27, 2023.

57. On June 27, 2023, I attended the temporary protective order hearing where the judge acknowledges parental alienation but refused to extend the protective order. Later that same day, Judge McAuliffe of the Retain the Sitting Judges of Montgomery County, Maryland, retaliated against me and refused to hear the emergency *ex parte* hearing for access with my son after I was

forced to wait in the clerk's office for the entire day, while hemorrhaging from the complications of my miscarriage.

58.   Later that same day, on June 27, 2023, Judge McAuliffe of the Retain the Sitting Judges of Montgomery County, Maryland, retaliated against me and refused to hear the emergency *ex parte* hearing for access with my son after I was forced to wait in the clerk's office for the entire day, while hemorrhaging from the complications of my miscarriage.  I was forced to sit on the floor without accommodations, was not permitted a hearing despite Mr. Holloway and his attorney having notice, and being present at the earlier hearing the same day.

59. This seems intentional as in 2021, I never completed my firearm instructor course, but on June 27, 2023, Mr. Holloway testified that I was a firearm instructor. It is noteworthy NRA membership is required to be an instructor.  Also, an article where I discussed firearm safety and laws intentionally quoted me as stating I have a gun to protect myself from my ex-husband when I never said that.  In fact, I have never owned or possessed a firearm despite having a license to carry which assists with my clients who want their gun rights restored or when I handle firearms to forfeit to ATF agents on behalf of my clients.

60. The weaponization of a black woman owning a gun is insame, especially when the retraction STILL makes an assumption that I own a gun. While legally able to, I simply do not. If federal law enforcement has been surveilling me they should know this. See:

https://reason.com/2021/03/15/743-years-and-3-months-117-years-22-years-why-are-these-mens-sentences-so-long/

61. Later that evening on June 27, 2023, I flew to Miami, Florida, without my son.

62.  I spoke to the staff at the Federal Detention Center in Miami, Florida, on June 28, 2023, and was presented with awards.











63. On June 28, 2023, I was invited back to the institution to meet with the warden.



64.  On June 30, 2023, Ms. Allison met with Charles C. Scott, II, director of Outreach for Congresswoman Fredricka S. Wilson at her Miami Gardens, Florida office.  She discussed the challenges that a member of the union at the Federal Prison Detention Center had been attempting to express after numerous protected disclosures fell on deaf ears. At the meeting Mr. Scott instructed Ms. Allison to familiarize herself with the Iran-Contra affair and to read the book Confessions of an Economic Hitman is a thought-provoking memoir by John Perkins the Iran Contra affair and Confessions of an economic hitman.  Mr. Scott seemed impressed with Ms. Allison's knowledge as well as her understanding of had been trying to I remained in Miami with my of-counsel attorney where we worked on various matters.  She left to go on vacation as I dog sat.  While there, Mr. Clarke began WhatsApp messaging Ms. Allison about her religious beliefs.  As he presented himself to be Muslim, she respected his position but made clear that she

was Christian.  He attempted to have Ms. Allison send him nudes by sending her an unsolicited nude picture.  She did not return the ""favor."

65.  On July 7, 2023, she traveled to Orlando, Florida, to meet with Ms. Plant and Mr. Jones.  There, she stayed at Mr. Jones' residence, they went to the Ritz Carlton Hotel to celebrate the birthday of Ms. Plant, and Ms. Allison returned to the DC/MD area on July 9, 2023, and met with Mr. Clarke at my penthouse again.

66.  During this visit, Mr. Clarke pushed the time back several times and insisted on ordering groceries to cook from scratch. As the deliveries came in, he would go downstairs to retrieve them.  On one instance he pulled a firearm out of his waistband, se it on the countertop of Ms. Allison, and went downstairs. When he returned Ms. Allison asked why he would leave a firearm as he, a veteran, went downstairs in Prince George's County, Maryland.  He did not respond.  However, he asked Ms. Allison to make his plate when he was done cooking. It was at that time when she immediately recognized the firearm as that of Mr. Holloway from years prior. She found the picture in his phone when they were married in December 2016, with a date stamp in his notes from May 2016.  Not until Ms. Allison was in a safe place did she report the firearm in a protective order when Mr. Holloway began threatening her life in January 2017.  However, she dropped the protective order before Montgomery County District Court judge Zuberi Williams.  It is noteworthy that he was coincidentally featured in a Washingtonian publication alongside Ms. Allison in 2021.

67.  On July 13, 2023, Ms. Allison met with current Deputy Chief for the U.S. Attorney's Office for D.C., Heather Graham-Oliver, at the Strathmore in Bethesda, Maryland for an outdoor concert. Following the concert, Ms. Graham-Oliver drove the two ti her Silver Spring, Maryland residence where Ms. Allison confided to Ms. Gramham-Oliver her fear of Mr. Ivey, the brief discussion that she had with Ms. Bell, and how to strategically move forward.  The two

concluded that the reports to local, state, and federal authorities were best for the protection of Ms. Allison's minor child while simultaneously respecting the anonymity of their friendship.



68.  On August 1, 2023, I inquired with the attorney at the United States Penitentiary Yazoo City, Mississippi,  Joshua Robles, if he had a copy of what Mr. Drummond saw as his concern seemed genuine, regardless of several federal agents assuring me that it was a mistake.  He provided a copy of the National Crime Information Center document declaring me to be "armed and dangerous" since April 6, 2022.

51



69. Ms. Allison immediately forwarded the information to FBI agent Gregg Demore in

August 2023, who stated that he would look into it. He did not. In August 2023, Ms. Allison

visited DOJ's Public Integrity Office in person to attempt to resolve the election interference, the

blatant misconduct of the Circuit Court for Montgomery County, Maryland, judges during her

Congressional campaign, and the parental alienation and kidnapping of her minor son as

retaliation.

On Aug 16, 2023, at 5:01 PM, Gregg Domroe <gdomroe@fbi.gov> wrote:

Ms. Holloway –

Per our conversation, can you please forward me the documentation that we discussed. Once I receive the documentation, I will conduct a review and follow-up with you.

Thank you,

**Gregg C. Domroe**
Supervisory Special Agent
Public Corruption/Civil Rights
Federal Bureau of Investigation
Baltimore Field Office
O: (410) 277-6304
C: (202) 345-6830

ATTORNEYTAMMYALLISON™ <ata@attorneytammyallison.com>          Tue, Aug 29, 2023 at 10:27 AM
To: Gregg Domroe <gdomroe@fbi.gov>

Good morning:

As I mentioned, I am sick. The symptoms of my disability are literally making my body deteriorate. The more I am refused an accommodation the worse my body gets.

I have requested an in-person meeting. This week. I emailed you the policies and procedures of victim witnesses and the proper way to accommodate them. Just because I'm a lawyer does not negate my very real disability. Just because I don't look like i don't have a disability it doesn't negate my disability. Asking me insensitive questions or repeatedly referring to my choice of profession is a reflection of disability bias.

An in-person meeting is a perfectly reasonable accommodation. I've provided statistics of black women that report crimes becoming the target of investigations and ultimately criminalized for reporting crimes.

I am respectfully requesting an in-person meeting as soon as possible as a reasonable accommodation to my very well documented disability. I am unable to adequately provide you with the documents and information you need without an accommodation. I have not provided you with anything besides the equivalent of a cover sheet, so I'm not sure what exactly you're reviewing. It is noteworthy that I've requested an accommodation to provide massive amounts of documents in a way that accommodates my disability numerous times.

Tammy Allison, Esq.

LinkedIn | As Seen on TV

ATTORNEY TAMMY ALLISON, PLLC

Despite being told someone would meet her, she instead was accosted by Homeland Security, Federal Protective Service, Special Deputy U.S. Marshal, Inspector Brad Schultz, who demanded she leave, and called her racist on the public sidewalk standing outside of the visitor

entrance, while threatening to spray her with Oleoresin capsicum (pepper spray).

A formal complaint regarding the incident has remained unanswered.









70. On October 1, 2023, Ms. Allison filed her fourth or fifth Freedom of Information Act

("FOIA") request to the Federal Bureau of Investigations ("FBI").

71. On October 5, 2023, Ms. Allison was hospitalized because of her anxiety causing her uterus to hemorrhage.

72. By October 12, 2023, an Assistant United States Attorney ("AUSA") interfered with Ms. Allison's ability to obtain transcripts from a private company related to the case she shadowed her mentor Oliver McDaniel on based on Mr. Ivey's false allegations against her.



73. On October 14, 2023, the private company gaslit Plaintiff, Ms. Allison stating that she had not spoken with anyone.

On Oct 14, 2023, at 12:46 PM, Michelle Yenchochic <Michelle.Yenchochic@diversifiedreporting.com> wrote:

Yes I'm sure. I didn't speak with any AUSA attorneys. I don't know anything about any of the below. I am just always cautious about releasing transcripts. I apologize if you don't believe me but that is the truth. There is nothing more to it from my end.

Thank you,
...

Michelle Yenchochic
Director of Business Operations
Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314

74. Later that same day on October 14, 2023, Ms. Allison's mentors Antoinette Barksdale, General Counsel with DOJ's Community Relations Service; Felicia Sadler, Senior Trial Attorney at DOJ's Civil Rights Division; and Raheemah Abdulaleem, General Counsel and

Special Assistant to the President at the Executive Office of the President, invited her to dinner to urge her to seek medical care while simultaneously reprimanding her for appearing on the ballot for U.S. Congress against Glenn Ivey for Maryland's Fourth Congressional District in 2022, without first informing them.



Once Ms. Barksdale heard of a portion of the abuse Ms. Allison was enduring, she called Attorney Benjamin Crump who asked her on speaker phone "has [Ms. Allison] been charged yet?"

75. On October 20, 2023, Ms. Allison passed out at her Washington, D.C. Watergate office and was transported by ambulance to the hospital.

76. On October 26, 2023, Plaintiff Ms. Allison timely filed a subsequent worker's

compensation claim based on her recurrence of injury. https://sgp.fas.org/crs/misc/R42107.pdf

77. On October 27, 2023, Ms. Allison had emergency surgery on her uterus to manage the anxiety-caused hemorrhaging of her uterus.

78. On November 16, 2023, after discussing the arrangements for the matter of Mr. Macias-Munoz, proceedings began, without any notice or warning, to suspend the Florida bar license of The Pardon Attorneys of-counsel attorney, apprentice, and firm successor, Wil'lishia Plant, who was covered under the law firm's malpractice insurance, after remaining dormant for many years.

79. On November 19, 2023, Ms. Allison traveled to El Paso, Texas, to file a Motion for Reduction in Sentence for Mr. Macias-Munoz, in person.

80. On November 22, 2023, Ms. Allison filed a Motion for Reduction in Sentence on behalf of her client, Jesus Gregorio Macias-Munoz, in El Paso, Texas, based on compassionate release due to his severe illness and age, including having been struggling with pain and blindness in his eye since his pretrial detainment in 1994, but the U.S. Marshal refused him medical care.

81. On November 25, 2023, Ms. Allison returned to Maryland where Homeland Security Heinar Capti and his "friends" came to her penthouse to install a ceiling fan captured on Plaintiff

Ms. Allison's Ring camera.  They never installed it.

82. On December 4, 2023, the day the government's response to Mr. Macias-Munoz's Reduction in Sentence Motion was due, Ms. Allison's Prince George's County, Maryland penthouse at The Oxford Apartments located at 6009 Oxon Hill Road, Oxon Hill, Maryland, was broken into with all of her, her minor child, husband, and clients of her law firm's property taken, destroyed, and thrown away without any notice or due process. That morning an email was sent to Robert Prender inquiring as to any court dates as he was retaliating against Ms. Allison for preventing the residents from being evicted. The entire three-bedroom penthouse door was busted in, and all belongings were taken, damaged, destroyed, and stolen without a warrant, a note left behind, or a response to the email to Prince George's County government officials from that morning or evening.





83. On December 7, 2023, Judge J. Bradford McCollough (a political donor to Erek Baron, U.S. Attorney for Maryland, whose ethics form is signed by Lee Lofthus) issued a warrant for the undersigned counsel's arrest, knowing she was never served, for a purported civil family law court date when the undersigned counsel was having surgery.

84. On December 9, 2023, Ms. Allison travelled to Orlando, Florida, to attend a holiday party for Carrington Jones, the then-boyfriend of her of-counsel attorney, Wil'lishia Brenay Plant; and to review the filings for Mr. Macias-Munoz.

85. December 13, 2023, received a response indicating that FBI had records on her dating back to 2018 when she was still employed by DOJ.



Ms. Plant and Ms. Allison prepared a motion for default in Mr. Macias-Munoz's pending matter the AUSA's had not responded to.

86. On December 14, 2023, Ms. Plant and Ms. Allison received a response from the government in opposition to their motion requesting the Honorable David Briones to grant Mr. Macias-Munoz's motion for leave to reinstate his Motion for a Reduction in Sentence in the form of Compassionate Release, a response to their request for the judge to grant the reduction in sentence as conceded, and a response to their motion for default. Ms. Allison and Ms. Plant quickly worked on a reply motion as Ms. Allison had a flight scheduled to leave that night back to the D.C. area.

87. That evening into the early morning hours of December 15, 2023, as Ms. Allison was preparing to travel back to the D.C. area, Mr. Jones began abusing Ms. Plant and her infant daughter ordering Ms. Allison to leave repeatedly while screaming at Ms. Allison and Ms. Plant fearfully cradling their infant daughter. Afraid that Mr. Jones would snap, Ms. Allison remained seated silently as she recorded his abuse given the fact that days earlier, he had entered to living room with an AK47 equipped with a laser beam after Ms. Allison and Ms. Plant informed him

that noises were heard inside of the home. Officers arrived when Ms. Allison was already scheduled to leave for her flight. She informed them that they needed to check on Ms. Plant before she left.

88. Later that same day, on December 15, 2023, Ms. Allison received notice that Judge Briones granted the motion for leave to reinstate Mr. Macias-Munoz's Motion for a Reduction in sentence as well as the reduction in sentence based on Compassionate Release after 33 years of incarceration.

89. On December 18, 2023, the U.S Attorney's Office for the Western District of Texas filed a motion for more time to respond to a motion that was already granted. Surprisingly, Judge Briones granted it. In the most nonsensical turn of events, Mr. Macias-Munoz's motion went from being granted to Defendant and the undersigned counsel being houseless and gaslit, without an opportunity to discuss a release plan.

90. On December 19, 2023, Ms. Allison attempted to file an emergency motion before this court, forwarded emails as the clerk requested as time was no way to get them printed, but was told the court was closed at 4:00 p.m., when Ms. Allison attempted to explain that time is an emergency motion judge for criminal and civil matters beginning at 4:30 p.m., that she was denied access to the court, questioned by U.S. Marshals employed by Defendants, and unable to appear before a Title III judge on an emergency basis. The clerk's office also refused ECF filing Ms. Allison despite her being a member of the court since 2016.

91. The next day, December 20, 2023, Senior Judge Briones, presiding over Mr. Macias Munoz's matter denied a motion to reconsider dated December 19, 2023, at what appears to be the same time that Ms. Allison was at the clerk's office in D.C.

92. On December 27, 2023, after Ms. Allison sought clarification from Assistant U.S. Attorney Adrian Gallegos, with the U.S. Attorney's office in the Western District of Texas, El Paso Division, regarding his office's involvement with her apartment and access to FBI records and recordings possibly involving Mr. Macias-Munoz, violating his sixth amendment rights. Ms. Allison received a response back that the U.S. Attorney's Office for the Western District of

Texas, El Paso, would not be communicating with her despite the fact that she is the attorney of record for Mr. Macias-Munoz.

93. Confused, on December 29, 2023, Ms. Allison attempted to file a motion with the Foreign Intelligence Surveillance Court and was denied access.

94. Suspecting retaliation based on employment law matters related to herself, not Mr. Macias-Munoz, Ms. Allison filed an employment law complaint on January 25, 2024. Ms. Allison filed a Complaint in the U.S. District Court for D.C. along with a Temporary Protective Order/Preliminary Injunction. The matter was assigned to Beryl Howell. U.S. Marshals screamed at Ms. Allison, physically assaulted her, and followed her around the court as the "open" court's doors were locked. Ms. Allison was not allowed to wait in the court for an *ex parte* hearing nor was she informed as to the status after waiting all day, without an accommodation, still recovering from her surgery and combating other symptoms of her anxiety that manifest physically. Judge Howell refused to hear from Ms. Allison and denied her emergency motion for relief referring to Ms. Allison as "confused and nonsensical" in a minute order on the public docket. Ms. Allison literally was requesting her three-year-old payout for her worker's compensation claim, her retirement payout, and to enjoin the government's blatant retaliation as she was dealing with a reoccurring infection in her uterus. The first symptom of becoming septic due to infection is literally "confusion." However, the woman who literally wrote the Patriot Act decided to be petty and contradict herself.

95. On February 5, 2024, Ms. Allison became admitted to the Fifth Circuit Court of Appeals; the very next day Robert Prender filed a bar grievance against Ms. Allison. A couple of days later Ms. Allison attempted to file at the Foreign Intelligence Surveillance Court but the judicial law clerk for the honorable Amit Mehta, who violated Appellant's rights by falsely

63

stating that the court is not "open to the public."

96. Suspecting government interference, Ms. Allison used a spare phone her neighbor provided to her on December 4, 2023, swapped the SIM card and called her husband on Facetime audio. It worked and for the first time in two years, Mr, Young and Ms. Allison spoke for hours before he became audibly "scared poopless" and the call abruptly ended.  Since then, Plaintiffs Mr. Young and Ms. Allison have spoken a handful of times on recorded calls and Facetimes confirming each were receiving texts, emails, and even calls purportedly from the other spouse that was not either of them.

97. On February 16, 2024, at the Westin Washington, D.C. City Center located at 1400 M St NW Washington, DC 20005, Ms. Allison recorded how she was harassed in what seemed to be an attempt to bait her to react to the point she left the property.

98. On February 24, 2024, Ms. Allison again recorded the harassment at an Air BnB where there was fighting and a violent attempt to enter her unit.

99. On February 26, 2024, Ms. Allison's of-counsel attorney, Ms. Plant, was somehow arrested in Orlando, Florida, after Mr. Jones became violent with her yet again.

100. On March 1, 2024, Ms. Allison requested records from the Office of the Director for National Intelligence.

101. On March 5, 2024, Ms. Allison called Mr. Ivey and demanded he stop harassing her. He laughed and questioned her mental stability.

102. On March 8, 2024, Ms. Allison received correspondence that she had responsive

records with the agency and 13 with another agency.

**SWORN STATEMENT**

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

knowledge and belief.

Respectfully submitted,

Tammy Allison Holloway
Attorney Tammy Allison, PLLC
Texas Bar No.: 24120518
5900 Balcones Drive #7028
Austin, Texas 78731
Ata@attorneytammyallison.com

*Counsel for Plaintiffs*

65